## CALLAWAY v. MARTIN.

EVANS, P. J. There was no error, under the facts appearing at the interlocutory hearing, in refusing the injunction.

*Judgment affirmed. All the Justices concur.*

Submitted June 15,—Decided August 14, 1909.

Petition for injunction. Before Judge Rawlings. Bulloch superior court. January 30, 1909.

*W. T. Burkhalter,* for plaintiff.

*W. D. Martin* and *E. C. Collins,* for defendant.